**Guy T. HELVERING, Commissioner of Internal Revenue, v. The MIDWEST INVESTMENT COMPANY.**

No. 2014.

Circuit Court of Appeals, Tenth Circuit.

Nov. 20, 1939.

Samuel O. Clark, Jr., Asst. Atty. Gen., and J. P. Wenchel, Chief Counsel, Bureau of Internal Revenue, of Washington, D. C., for petitioner.

Thomas D. Lyons, of Tulsa, Okl., for respondent.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Petition dismissed on motion of petitioner.